BEATRICE KURSHAN, Appellant, and OSCAR KURSHAN, Plaintiff, v. GEORGE L. ROBINSON, Defendant, and NATIONAL TRANSPORTATION Co., INC., Respondent. — Plaintiff brought an action in the Municipal Court to recover for personal injuries sustained by her, a pedestrian, when the automobiles of defendants collided. The Municipal Court rendered judgment in her favor and against both defendants. Defendant National Transportation Co., Inc., appealed to the Appellate Term, which reversed the judgment and dismissed the complaint as against it. From the order of the Appellate Term the plaintiff appeals. Order of the Appellate Term reversed on the law and the facts and judgment of the

Municipal Court affirmed, with costs in all courts. In our opinion the verdict of the jury in plaintiff's favor has ample support in the evidence. Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ., concur.